# **** SEALED ****

# CRIMINAL CAUSE FOR ARRAIGNMENT/PLEADING

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** November 24, 2015
**TIME:** 2:00 to 2:15 (15 Mins.)

**DOCKET:** 15-CR-0591 (LDW)(ARL)
**TITLE:** USA v. Leto

**APPEARANCES:**
- **Anthony Leto (deft # 1)**
  - Present
  - On Bond
  - Represented by **Matin Emouna (Retained)**

- United States of America
  - Represented by **Lara Treinis Gatz, AUSA and James Miskiewicz, AUSA**

- Court Reporter: **Stephanie Picozzi**

- Courtroom Deputy: Eric L. Russo

---

✓ Case called.

✓ Initial appearance of the defendant.

✓ Defendant arraigned on an **Information**.

✓ Waiver of Indictment executed.

✓ Defendant waived the reading of the Information.

✓ Defendant enters a plea of **NOT GUILTY** to count(s) one (1) of the single count Information.

✓ Defendant sworn.

✓ Defendant informed of his rights.

- ✓ Defendant withdraws his plea of Not Guilty and enters a plea of **GUILTY** to count(s) one (1) of the single count Information.

- ✓ The Court finds that the defendant is acting voluntarily, fully understands his rights and the consequences of his plea, that there is a factual basis for the plea and hereby accepts the defendant's plea of guilty.

- ✓ Government's motion to hold the preparation of the Presentence Investigation Report in abeyance is hereby **GRANTED**.

- ✓ Order Setting Conditions of Release and Bond executed.

- ✓ On consent of all parties, this proceeding is under seal. Transcripts of this proceeding can be made available to defense counsel and the Government **ONLY**.

- ✓ Proceedings concluded.